Stipulation of Dismissal approved and granted without prejudice.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHN LATIMER | ) CASE NO. 3:19-CV-2845 |
| Plaintiff, | ) |
| v. | ) JUDGE JAMES G. CARR |
| FORD MOTOR COMPANY | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) **WITHOUT PREJUDICE** |

Pursuant to Fed.R. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through counsel, stipulate that Plaintiff's claims against Defendant are dismissed without prejudice. Each party shall bear their own costs.

APPROVED:

*s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
Joseph A. Galea (0089550)
MURRAY & MURRAY CO., LPA
111 E. Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
dmj@murrayandmurray.com
jag@murrayandmurray.com
*Attorneys for Plaintiff*

*s/ Katherine V.A. Smith (per e-mail consent)*
Katherine V.A. Smith
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
ksmith@gibsondunn.com

Ronald G. Linville
Baker Hostetler
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
rlinville@bakerlaw.com

Jesenka Mrdjenovic
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
jmrdjenovic@gibsondunn.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document was filed electronically on this 22nd day of December, 2021. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic system. Parties may access the filing through the Court's system.

*s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff